```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    FELIX CASTRO,                                            :
                                      Plaintiff,             :        23 Civ. 3626 (LGS)
                                                             :
                    -against-                                :              ORDER
                                                             :
    SUCCESS, INC.,                                           :
                                      Defendant.             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued May 8, 2023, set an initial pretrial conference in this case for June 21, 2023, and directed the parties to submit a joint letter and proposed case management plan seven days prior to the conference.  Defendant has not yet appeared in this case.

WHEREAS, the parties have not filed the joint letter and proposed case management plan.  It is hereby

**ORDERED** that the initial pretrial conference is **ADJOURNED** to **June 28, 2023**, at **4:10 p.m.**  The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333.  It is further

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible, and no later than **June 21, 2023.**  If Plaintiff is not in communication with Defendants, Plaintiff shall attempt to serve Defendants via FedEx at their places of business, and file proof of service on ECF, by **June 21, 2023**.  Plaintiff shall file a status letter by **June 21, 2023**, requesting further adjournment of the initial conference for up to thirty (30) days and describing her efforts to provide actual notice of this lawsuit to Defendant.

Dated: June 16, 2023
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE