UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX CASTRO,
                           Plaintiff,   :      23 Civ. 3626 (LGS)

         -against-             :      ORDER

SUCCESS, INC.,
                           Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued June 16, 2023, set an initial pretrial conference in this case for June 28, 2023. That Order directed the parties to submit a joint letter and proposed case management plan by June 21, 2023, or alternatively, directed Plaintiff to file proof of service via Federal Express and a status letter regarding his efforts to provide Defendant notice of this case by June 21, 2023. Defendant has not yet appeared in this case.

      WHEREAS, the parties have not filed the joint letter and proposed case management plan and Plaintiff has not filed proof of service or a status letter. It is hereby

      **ORDERED** that the initial pretrial conference is **ADJOURNED** to **July 5, 2023**, at **4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333. It is further

      **ORDERED** that Plaintiff shall file the required status letter and proof of service via FedEx as soon as possible and no later than **June 26, 2023**. Plaintiff is apprised that failure to file the joint letter and proposed case management plan or the proof of service and status letter will result in the case being dismissed for failure to prosecute.

Dated: June 22, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE