# THE LAW OFFICE OF
# NOOR A. SAAB

| | 380 N. Broadway, Ste 300 | QUEENS OFFICE |
|---|---|---|
| | Jericho, New York 11753 | 148-02 Hillside Ave |
| Noor A. Saab, Esq.* | Tel: (718) 740-5060 * Fax: (718) 709-5912 | Jamaica, New York 11435 |
| ----------- | Email:  NoorASaabLaw@gmail.com | |
| * Admitted in New York | | |

June 22, 2023

**BY ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

> An Order issued June 22, 2023, adjourned the initial pretrial conference in this matter to July 5, 2023. The conference is further **ADJOURNED** to **July 26, 2023,** to allow Defendant to appear. Plaintiff shall serve this Order on Defendant via Federal Express and file proof of service on the docket by **June 26, 2023.** So Ordered.
>
> Dated: June 23, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   **Felix Castro v. Success, Inc. (1:23-cv-03626-LGS)**

To the Honorable Judge Lorna G. Schofield,

    The Plaintiff submits this status letter pursuant to Your Honor's Order dated June 16, 2023 (Dkt # 10) to advise the Court of the status of the case and request a thirty (30) day adjournment of the Initial Pre-Trial conference currently scheduled for June 28, 2023 to July 28, 2023. Unfortunately, Plaintiff has not been in communication with the Defendant. Plaintiff emailed the Defendant's headquarters on June 21, 2023 as listed on the company website and again on June 22, 2023 and has not received communication from the Defendant. Plaintiff has sent a copy of the Summons and Complaint and a copy of Your Honor's Order dated June 16, 2023 (Dkt # 10) to the Defendant via FedEx overnight mail. Plaintiff respectfully requests a thirty (30) day adjournment of the initial pre-trial conference to give Plaintiff an opportunity to contact the Defendant and in the event, Defendant does not respond, Plaintiff shall notify the Court and shall file a request for a Certificate of Default on or before the next scheduled conference.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorneys for Plaintiff*