UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                 :
FELIX CASTRO,                                           :
                                       Plaintiff,              :            23 Civ. 3626 (LGS)
                                                                :
                -against-                            :                   <u>ORDER</u>
SUCCESS, INC.,                                             :
                                       Defendant.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued July 21, 2023, adjourned the initial pretrial conference in this case to August 23, 2023.  That Order directed the parties to submit a joint letter and proposed case management plan by August 16, 2023, or alternatively, directed Plaintiff to file a status letter regarding his efforts to provide actual notice of this lawsuit to Defendants.  Defendant has not appeared.

       WHEREAS, on July 26, 2023, a representative of Defendant called Chambers.  He reported difficulty in obtaining representation and in contacting Plaintiff.  On August 17, 2023, Plaintiff filed a letter stating he had not received a response from Defendant.  It is hereby

       **ORDERED** that the initial pretrial conference is **ADJOURNED** to **August 30, 2023**, at **4:10 p.m.**  The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333.  It is further

       **ORDERED** that Plaintiff shall serve this Order on Defendant via Federal Express and file proof of service on the docket by **August 18, 2023**.  It is further

       **ORDERED** that the parties shall file the joint status letter described in the Order issued May 8, 2023, by **August 23, 2023**.  If a party cannot reach the other party or if the other party refuses to cooperation in preparation of the joint status letter, the party shall file the status letter containing all required information to the extent practicable on its own behalf.

Dated: August 17, 2023
       New York, New York

                                                                    LORNA G. SCHOFIELD
                                                                **UNITED STATES DISTRICT JUDGE**