UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
FELIX CASTRO, :
                                              Plaintiff, :        23 Civ. 3626 (LGS)
:
                 -against- :            ORDER
SUCCESS, INC., :
                                         Defendant. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an order issued August 17, 2023, scheduled an initial pretrial conference for August 30, 2023.

       WHEREAS, an Order issued August 24, 2023, directed Plaintiff to file a status letter on ECF regarding his efforts to provide actual notice of this lawsuit to Defendant and any communications between the parties. That order stated that Plaintiff could request further adjournment of the initial pretrial conference.

       WHEREAS, no such letter was filed. It is hereby

       **ORDERED** that the initial pretrial conference is **ADJOURNED** to **September 6, 2023**, at **4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333. It is further

       **ORDERED** that Plaintiff shall serve this Order on Defendant via Federal Express and file proof of service on the docket by **August 29, 2023**. It is further

       **ORDERED** that Plaintiff shall file the required letter described in the August 24 order by **August 29, 2023**.

Dated: August 28, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE