UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    FELIX CASTRO,
                                   Plaintiff,  :        23 Civ. 3626 (LGS)

              -against-              :        ORDER
    SUCCESS, INC.,
                                Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued August 24, 2023, directed Plaintiff to file a status letter on ECF regarding his efforts to provide actual notice of this lawsuit to Defendant and any communications between the parties. No such letter was timely filed.

       WHEREAS, an Order issued August 28, 2023, adjourned the initial pre-trial conference to September 6, 2023. That Order also directed Plaintiff to file the required letter and proof of service of that Order on Defendant by August 29, 2023. No such letter or proof of service was filed.

       WHEREAS, on August 30, 2023, Defendant appeared on the Court's telephonic conference line at the time previously scheduled for the initial conference, indicating that Plaintiff did not comply with the August 28, 2023, Order directing him to serve that Order on Defendant. It is hereby

       **ORDERED** that Plaintiff shall file the required status letter by **September 1, 2023**. It is further

       **ORDERED** that September 6, 2023, conference is **ADJOURNED** to **September 13, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333. The start time is approximate, but the parties shall be prepared to begin at the scheduled time. It is further

**ORDERED** that Plaintiff shall serve this Order on Defendant and file proof of service by **September 1, 2023**.

Plaintiff is apprised that failure to comply with Court Orders may result in sanctions, including dismissal of the case for failure to prosecute.

Dated: August 31, 2023
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**