**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FELIX CASTRO**, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**SUCCESS INC.,**<br><br>        Defendant. | Case No. :23-cv-03626-LGS |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) FELIX CASTRO and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) SUCCESS, INC..

Dated: September 4, 2023

                   **The Law Office of Noor A. Saab, Esq.**

                   *By: /s/ Noor A. Saab*_____
                   Noor A. Saab, Esq.
                   *Attorneys for Plaintiff*
                   380 N. Broadway, Penthouse West
                   Jericho, New York 11753
                   Tel: 718-740-5060
                   Email: NoorASaabLaw@Gmail.com

4860-7635-3148.1 / 120242-1001