**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| **FELIX CASTRO**, on behalf of himself and all others similarly situated, | Case No. 1:23-cv-03626-LGS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| -against- | |
| **SUCCESS, INC.** | |
| Defendant. | |

-----------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s)

**FELIX CASTRO** and or their counsel(s), hereby give notice that the above captioned

action is voluntarily dismissed, without prejudice, against the defendant(s) **SUCCESS, INC.**

Dated:  Jericho, New York
        September 5, 2023

                                                             Respectfully Submitted,

                                                             /s/*Noor A. Saab, Esq.*
                                                             By: Noor A. Saab Esq.
                                                             *Attorney for Plaintiff*
                                                             380 North Broadway, Penthouse West
                                                             Jericho, New York 11753
                                                             Tel: 718-740-5060
                                                             Email: NoorASaabLaw@Gmail.com